# URLS on PORNHUB - https://www.pornhub.com/channels/eric-raw

**URL:**https://www.pornhub.com/view_video.php?viewkey=ph59f1fefa9e132
**Title:** 2 mecs à la fois pour Aymeric Deville
**Reg. No.:** PA 2-236-186


**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0eee543016
**Title:** Du jus dans la bouche et dans le cul
**Reg No.:** PA 2-237-290


**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0e087395bd
**Title:** GLORY HOLE 2
**Reg. No.:** PA 2-242-181


**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0e33f79016
**Title:** Scott fait venir un étalon pour remplir son pote à 2
**Reg. No.** PA 2-242-200


**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f21a0bbc73f
**Title:** Tapes moi dans l'fond maudit Français !
**Reg. No.:** PA 2-236-729


**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f1f523aa195
**Title:** Keiran défonceur et doseur XXL, non censuré
**Reg. No.:** PA 2-236-984


**URL:** https://www.pornhub.com/view_video.php?viewkey=ph5bbce54ded3d4
**Title:** Malik XXL et Angelo se commencent dans la cage escalier
**Reg. No.:** PA 2-237-059


**URL:** https://www.pornhub.com/view_video.php?viewkey=ph5bbce639ded19
**Title:** Dog Rayan se fait démonter par un lascard
**Reg. No.:** PA 2-236-667


**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0d214022bf
**Title:** Auto-stoppeur en chaleur
**Reg. No.:** PA 2-236-469


**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f226d75fe12
**Title:** David Andrejz entraine des grosses bites dans la cave de son taff
**Reg. No.:** PA 2-236-692


**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f233f0a3e9b
**Title:** Antonio Biaggi rien que pour toi
**Reg.** No.: PA 2-237-144

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0eaaf3145c
**Title:** Thomas de fait défoncer et doser par Denis Reed
**Reg.** No.: PA 2-237-719

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f21160dfe2c
**Title:** Dosé en haut d'un toit
**Reg.** No.: PA 2-237-288

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph5bbce0e54b4f3
**Title:** Rikk chope un beau gosse dans le métro
**Reg. No.:** PA 2-242-266

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59e8eab70d7c3
**Title:** Jérémy se fait féconder par Peto Coast le Machofucker XXL
**Reg. No.:** PA 2-237-299

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f20fa2b2062
**Title:** Richard se fait démonter et remplir par Viktor XXL
**Reg. No.:** PA 2-242-182

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f235ed4ba9e
**Title:** Nathan démonté par Peto Coast XXL
**Reg. No.:** PA 2-242-282

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f1f7ce5b492
**Title:** Drew se fait remplir dans la chaleur de NYC
**Reg. No.:** PA 2-242-199

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0e5b05e5d7
**Title:** Luca se fait remplir par 2 grosses teubs
**Reg. No.:** PA 2-236-727

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f224f779c78
**Title:** Défoncé et dosé par 2 mecs dans un bar
**Reg. No.:** PA 2-236-994

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f34e81ee272
**Title:** Dam Esco se prend les 22cm de Dylan Cox
**Reg. No.** PA 2-242-284

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59e8ebdb67777
**Title:** David se fait remplir par Darko et Peto Coast
**Reg. No.:** PA 2-236-680

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph5bbcea0ebacbb
**Title:** Italo se fait doser par Rocco XXL et Nico
**Reg. No.:** PA 2-236-953

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f206f925b75
**Title:** Pablo se fait gangbanguer tous les trous
**Reg. No.:** PA 2-237-087

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0d2d15de9c
**Title:** Douche de sperme
**Reg. No.:** PA 2-236-734

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph5bbce784ac967
**Title:** Jeremy et Aymeric dosés par un Polonais
**Reg. No.:** PA 2-236-947

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph5644387a78462
**Title:** BLACK XXL dans le cul
**Reg. No.:** PA 2-237-130

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f2023805998
**Title:** Devian se fait défoncer par Teddy et Malik XXL
**Reg. No.:** PA 2-236-666

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph5bbce3f00a154
**Title:** Teddy attend son plan à genoux
**Reg. No.:** PA 2-237-704

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0ec6088bb6
**Title:** Rempli au jus en plein Paris
**Reg. No.:** PA 2-236-683

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f2023805998
**Title:** Abraham défoncé et dosé par Antonio Miracle
**Reg. No.:** PA 2-237-143

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59e8ec5a7e101
**Title:** Yo s'est fait suivre et démonter par 3 lascars en chaleur
**Reg. No.:** PA 2-237-424

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f34b1a9b457
**Title:** Kriss se fait démonter et doser par Keiran l'Australien XXL
**Reg. No.:** PA 2-237-010

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f23902b2614
**Title:** Un touriste de passage à Paris s'est tapé Darko
**Reg. No.:** N/A

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f3481383e09
**Title:** Will-Helm la bombe latino défonce et dose Kriss
**Reg. No.:** PA 2-237-700

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f22267d37a2
**Title:** Milan se fait doser par 2 étalons dans un bar à cul
**Reg. No.:** PA 2-237-024

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0d278b02fc
**Title:** Racolage
**Reg. No.:** PA 2-236-481

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph5bbceb7be858a
**Title:** A l'abattage ! Fécondé par 2 beaux lascards !
**Reg. No.:** PA 2-237-703

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph5bbce1a05d8eb
**Title:** Vincent se fait défoncer et doser par Kevin
**Reg. No.:** PA 2-237-720

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0e86b266d0
**Title:** Se faire doser pendant la pause déjeuner
**Reg. No.:** PA 2-236-728

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f22a420a2d1
**Title:** Glory Hole 1
**Reg. No.:** PA 2-242-198

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f217de87b52
**Title:** Jorge l'Espagnol défoncé et dosé par Darko et Hugo
**Reg. No.:** PA 2-236-942

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0cf4725c4a
**Title:** Franco se fait doser par 2 hétéros
**Reg. No.:** PA 2-236-726

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59e8eb6c09ff4
**Title:** Greg 20a chopé chez lui par 3 racailles
**Reg. No.:** PA 2-237-164

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f0de6da0895
**Title:** Orgie, Diego se fait démonter dans un bar
**Reg. No.:** PA 2-236-663

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f20445e0ea0
**Title:** 4 grosses queues c'est top, mais 2 c'est cool aussi !
**Reg. No.:** PA 2-237-114

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f22feec762d
**Title:** 3 New Yorkais, 4 doses et 1 journée remplissage
**Reg. No.:** PA 2-237-168

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f20ba48d0f1
**Title:** Le trio Riccardo, Teddy et Valentin
**Reg. No.:** N/A

**URL:** https://www.pornhub.com/view_video.php?viewkey=ph59f23200ac22d
**Title:** Dosage à Manhattan
**Reg. No.:** PA 2-237-421

# AEBN  - https://gay.aebn.com/gay/studios/22988/ericvideos

**URL:** https://gay.aebn.com/gay/movies/236348/unscripted-raw
**Title:** Rico déguste avec les 22cm de Paul / Tahar baise son mec sur un chantier / Chopé sur un banc / Embarqué par 2 mecs dans une cave
**Reg.No.** PA 2-147-042; N/A; PA 2-146-331; PA 2-147-054

**URL:** https://gay.aebn.com/gay/movies/235559/there-will-be-cum
**Title:** Peter se fait remplir 2 fois / Sean Parker encule un jeune mec dans une cage d'escalier / Jeff se fait doser par Darko et le baiseur XXL / Une journée très remplie - partie 2
**Reg. No.:** PA 2-147-057; PA 2-242-289; PA 2-242-275; PA 2-147-044

**URL:** https://gay.aebn.com/gay/movies/235539/seeded-holes
**Title:** GLORY HOLE 2 / Thomas de fait défoncer et doser par Denis Reed / 4 grosses queues c'est top, mais 2 c'est cool aussi ! / Drew se fait remplir dans la chaleur de NYC
**Reg. No.:** PA 2-242-181; PA 2-237-719; PA 2-237-114; PA 2-242-199

**URL:** https://gay.aebn.com/gay/movies/234583/street-breeders
**Title:** Baraqué et il kiffe les minets / Jesus et Bruno s'échangent leur jus sur le chemin de la plage / David Andrzej se fait remplir par Darko / Une journée très remplie - partie 1
**Reg. No.:** PA 2-162-973; PA 2-242-268; PA 2-236-684; PA 2-147-029

**URL:** https://gay.aebn.com/gay/movies/234364/balls-deep
**Title:** Racolage / David se fait remplir par Darko et Peto Coast / GLORY HOLE 2 / Thomas de fait défoncer et doser par Denis Reed
**Reg. No.:** PA 2-236-481; PA 2-236-680; PA 2-242-181; PA 2-237-719

**URL:** https://gay.aebn.com/gay/movies/233613/explosive-loads
**Title:** Bogosse gourmand et assoiffé de jus / Kriss se fait choper et doser par Cristiano / Flo attend 2 mecs pour le doser / Dosé par Tim Black le New Yorkais
**Reg. No.:** PA 2-236-472; PA 2-236-990; PA 2-236-688; PA 2-237-181

**URL:** https://gay.aebn.com/gay/movies/233608/milk-money
**Title:** Léo se fait démonter par Rocco XXL / Jude se fait remplir en plein air / Un trou à jus se fait remplir / EasyBi ramène 2 mecs dans le jardin de ses parents
**Reg. No.:** PA 2-236-941; PA 2-147-048; N/A; N/A

**URL:** https://gay.aebn.com/gay/movies/231467/slut-machines
**Title:** Brandon se fait chopper par Teddy dans un parc / Cristiano m'a cassé et rempli le boul / Aymeric Deville se fait remplir par un Italien / Dosé après son sport
**Reg. No.:** PA 2-237-132; PA 2-237-142; PA 2-237-161; PA 2-237-284

**URL:** https://gay.aebn.com/gay/movies/231365/c-r-e-a-m-

**Title:** Christian se fait démonter par Scott sous les yeux de Aaron / Dam Esco se fait remplir par Cristiano / David se fait remplir dans un parking / Rencontre exhib au jardin pour Patrick et Fabio

**Reg. No.:** PA 2-242-300; PA 2-236-730; PA 2-236-677; PA 2-42-286

**URL:** https://gay.aebn.com/gay/movies/230260/orgy-porgy
**Title:** Un gavage au jus digne de ce nom ! / Défoncé et fécondé par Peto Coast et son pote Joe / Milan se fait enfouter par 2 hétéros / Peto Coast et son pote démontent David Andrezj sur un chantier
**Reg. No.:** PA 2-147-034; PA 2-237-422; PA 2-237-204; PA 2-237-207

**URL:** https://gay.aebn.com/gay/movies/229816/pigs-on-the-prowl
**Title:** Dog Rayan se fait démonter par un lascard / Yo se prend 2 gros calibres et 2 doses / A la recherche d'un coin pour baiser / 3 mecs sous le périph
**Reg. No.:** PA 2-236-667; PA 2-242-278; PA 2-237-017; PA 2-236-168

**URL:** https://gay.aebn.com/gay/movies/214992/underbelly
**Title:** Orgie, Diego se fait démonter dans un bar / GLORY HOLE 2 / Scott fait venir un étalon pour remplir son pote à 2 / Luca se fait remplir par 2 grosses teubs
**Reg. No.:** PA 2-236-663; PA 2-242-181; PA 2-242-200; PA 2-236-727

**URL:** https://gay.aebn.com/gay/movies/228650/plowed-and-filled
**Title:** Dani offre 2 doses à Teddy / Milan Réveillé et baisé dans son sommeil / Milan Réveillé et baisé dans son sommeil / Défoncé et rempli sur un terrain vague / Yan se fait démonter dans une cave par Darko
**Reg. No.:** PA 2-143-615; PA 2-237-268; PA 2-237-452; PA 2-237-420

**URL:** https://gay.aebn.com/gay/movies/228553/cruising-for-loads
**Title:** Rikk chope un beau gosse dans le métro / Logan et Aymeric se tapent un jogger / 3 New Yorkais, 4 doses et 1 journée remplissage / Un touriste de passage à Paris s'est tapé Darko
**Reg. No.:** PA 2-242-266; PA 2-236-989; PA 2-237-168; N/A

**URL:** https://gay.aebn.com/gay/movies/217255/pounded-tagged-and-bred
**Title:** 2 mecs à la fois pour Aymeric Deville / 4 grosses queues c'est top, mais 2 c'est cool aussi ! / Le trio Riccardo, Teddy et Valentin / Pablo se fait gangbanguer tous les trous
**Reg. No.:** PA 2-236-186; PA 2-237-114; N/A; PA 2-237-087

**URL:** https://gay.aebn.com/gay/movies/227352/raw-deviants
**Title:** 2 mecs à la fois pour Aymeric Deville / Abraham défoncé et dosé par Antonio Miracle / Dosé en haut d'un toit / Milan se fait doser par 2 étalons dans un bar à cul
**Reg. No.:** PA 2-236-186; PA 2-237-143; PA 2-237-288; PA 2-237-024

**URL:** https://gay.aebn.com/gay/movies/227355/smashing-bottoms
**Title:** Dosé par Tim Black le New Yorkais / Fécondé et tassé par Cristiano / Latinos bareback / Logan se fait démonter par Tahar et Aldo
**Reg. No.:** PA 2-237-181; PA 2-242-279; PA 2-237-131; PA 2-143-614

**URL:** https://gay.aebn.com/gay/movies/226393/cum-feast
**Title:** Douche de sperme / Yo s'est fait suivre et démonter par 3 lascars en chaleur / Orgie, Diego se fait démonter dans un bar / Se faire doser pendant la pause déjeuner
**Reg. No.:** PA 2-236-734; PA 2-237-424; PA 2-236-663; PA 2-236-728

**URL:** https://gay.aebn.com/gay/movies/226390/filled-up
**Title:** Flo attend 2 mecs pour le doser / C'est l'amour à la plage / Remplis-moi sur le sable chaud / Teddy fait sa fête à Devian
**Reg. No.:** PA 2-147-039; PA 2-237-206; PA 2-147-039; PA 2-236-670;

**URL:** https://gay.aebn.com/gay/movies/225381/thirsty-for-juice
**Title:** Bogosse gourmand et assoiffé de jus / Andy se ramène un carioca pour le remplir / Dosé par Diego qui suce le caméraman / BLACK XXL dans le cul
**Reg. No.:** PA 2-236-472; PA 2-243-347; PA 2-236-679; PA 2-237-130

**URL:** https://gay.aebn.com/gay/movies/225380/connoisseur-of-cock
**Title:** Kriss se fait choper et doser par Cristiano / Une lope attend 2 mecs / Dosé rempli et tassé par 3 Queutards dont un Beur / Yvan Rueda dose et tasse son pote
**Reg. No.:** PA 2-236-990; PA 2-236-070; PA 2-242-347; PA 2-242-280

**URL:** https://gay.aebn.com/gay/movies/224335/hung-street-hoes
**Title:** Dosé après son sport / Dans les sous-sols de Paris / Dog Rayan larvé par 2 lascards / Aitor se fait foutrer par Alejandro Torres
**Reg. No.:** PA 2-237-284; PA 2-236-634; PA 2-236-669; PA 2-237-138

**URL:** https://gay.aebn.com/gay/movies/224314/cum-pounded
**Title:** Aymeric Deville se fait remplir par un Italien / Jeune homme loue appartement / Italo se fait larver par Fabio et Dani Robles / Devian se fait remplir par un Beur et par un Brésilien
**Reg. No.:** PA 2-237-161; PA 2-237-141; PA 2-237-298; PA 2-236-673

**URL:** https://gay.aebn.com/gay/movies/223056/raw-loads
**Title:** Brandon se fait chopper par Teddy dans un parc / Priam le bear défoncé et fécondé par l'Australien XXL / Nathan remplit par Darko le lascard / Johan se fait doser à l'abri des voyeurs
**Reg. No.:** PA 2-237-132; PA 2-237-698; PA 2-237-203; PA 2-236-944

**URL:** https://gay.aebn.com/gay/movies/223011/cum-hungry
**Title:** Cristiano m'a cassé et rempli le boul / Robin est de retour et il aime le jus / Nathan défoncé et dosé par Keiran l'Australien XXL / Soif de jus - 2ème partie
**Reg. No.:** PA 2-237-142; PA 2-237-714; PA 2-237-179; PA 2-236-466

**URL:** https://gay.aebn.com/gay/movies/222235/raw-gone-wild
**Title:** 3 mecs sous le périph / Sasha Attali se fait niquer et enfoutrer par Darko / Franco se fait doser par 2 hétéros / Dosé par un lascard en pleine nuit dans une cave
**Reg. No.:** PA 2-236-168; PA 2-237-717; PA 2-236-726; PA 2-237-183

**URL:** https://gay.aebn.com/gay/movies/222067/c-u-m-
**Title:** A la recherche d'un coin pour baiser / Soif de jus - 1ère partie / ??? / Défoncé et dosé par Karim et Alejandro / Assoiffé de jus 2
**Reg. No.:** PA 2-237-017; PA 2-236-474; PA 2-237-400; PA 2-242-195

**URL:** https://gay.aebn.com/gay/movies/221336/cum-sluts
**Title:** Logan et Aymeric se tapent un jogger / La queue raide à la main, Teddy attend Dani Robles / Antonio Biaggi se tape une salope dans un motel / Bukkake pour Eric et Robin accrocs au jus
**Reg. No.:** PA 2-236-989; PA 2-236-733; PA 2-236-259; PA 2-237-129

**URL:** https://gay.aebn.com/gay/movies/221335/slave-4-cock
**Title:** Yo se prend 2 gros calibres et 2 doses / Goulus de jus ! / Devian se tape 3 mecs / Rudy défoncé et rempli par 2 lascards chauds
**Reg. No.:** PA 2-242-278; PA 2-237-709; PA 2-236-668; PA 2-237-716

**URL:** https://gay.aebn.com/gay/movies/220783/need-4-seed
**Title:** Dog Rayan se fait démonter par un lascard / Jeremy et Aymeric dosés par un Polonais / Italo se fait doser par Rocco XXL et Nico / A l'abattage ! Fécondé par 2 beaux lascards !
**Reg. No.:** PA 2-236-667; PA 2-236-947; PA 2-236-953; PA 2-237-703

**URL:** https://gay.aebn.com/gay/movies/220640/cock-addict
**Title:** Vincent se fait défoncer et doser par Kevin / Teddy attend son plan à genoux / Malik XXL et Angelo se commencent dans la cage escalier / Rikk chope un beau gosse dans le métro
**Reg. No.:** PA 2-237-720; PA 2-237-704; PA 2-237-059; PA 2-242-266

**URL:** https://gay.aebn.com/gay/movies/219637/nydp--new-york-deep-penetration
**Title:** 3 New Yorkais, 4 doses et 1 journée remplissage
**Reg. No.:** PA 2-237-010

**URL:** https://gay.aebn.com/gay/movies/219635/w-o-m-d---weapons-of-massive-dickstruction
**Title:** Un touriste de passage à Paris s'est tapé Darko / Will-Helm la bombe latino défonce et dose Kriss / Kriss se fait démonter et doser par Keiran l'Australien XXL / Dam Esco se prend les 22cm de Dylan Cox
**Reg. No.:** N/A; PA 2-237-700; PA 2-237-010; PA 2-242-284

**URL:** https://gay.aebn.com/gay/movies/219011/cock-punched
**Title:** David Andrejz entraine des grosses bites dans la cave de son taff / GLORY HOLE 1 / Défoncé et dosé par 2 mecs dans un bar / Milan se fait doser par 2 étalons dans un bar à cul
**Reg. No.:** PA 2-236-692; PA 2-242-198; PA 2-236-994; PA 2-237-024

**URL:** https://gay.aebn.com/gay/movies/219008/anal-impalers
**Title:** Dosé en haut d'un toit / Devian se fait défoncer par Teddy et Malik XXL / Jorge l'Espagnol défoncé et dosé par Darko et Hugo / Tapes moi dans l'fond maudit Français !
**Reg. No.:** PA 2-236-692; PA 2-236-994; PA 2-236-942; PA 2-237-024


**URL:** https://gay.aebn.com/gay/movies/218930/raw-footage--breed-feed-seed

**Title:** Keiran défonceur et doseur XXL, non censuré / Drew se fait remplir dans la chaleur de NYC / Abraham défoncé et dosé par Antonio Miracle / Richard se fait démonter et remplir par Viktor XXL

**Reg. No.:** PA 2-236-984; PA 2-242-199; PA 2-237-143; PA 2-242-182


**URL:** https://gay.aebn.com/gay/movies/215032/cock-and-load
**Title:** Rempli au jus en plein Paris / Se faire doser pendant la pause déjeuner / Du jus dans la bouche et dans le cul / Thomas de fait défoncer et doser par Denis Reed
**Reg. No.:** PA 2-236-683; PA 2-236-728; PA 2-237-290; PA 2-237-719


**URL:** https://gay.aebn.com/gay/movies/213713/boners--thugs-and-thuggery
**Title:** Jérémy se fait féconder par Peto Coast le Machofucker XXL / David se fait remplir par / Darko et Peto Coast / Greg 20a chopé chez lui par 3 racailles / Yo s'est fait suivre et démonter par 3 lascars en chaleur
**Reg. No.:** PA 2-237-299; PA 2-236-684; PA 2-237-164; PA 2-237-424


**URL:** https://gay.aebn.com/gay/movies/213687/eric--in-the-raw

**Title:** Douche de sperme / Racolage / Auto-stoppeur en chaleur / Franco se fait doser par 2 hétéros

**Reg. No.:** PA 2-236-734; PA 2-236-481; PA 2-236-469; PA 2-236-726

# URLS on vod.darkalley.com

**URL:** https://vod.darkalley.com/video/9106-eric-videos-raw

**Title:** Douche de sperme / Racolage / Auto-stoppeur en chaleur / Franco se fait doser par 2 hétéros

**Reg. No:** PA 2-236-734; PA 2-236-481; PA 2-236-469; PA 2-236-726

**URL:** https://vod.darkalley.com/video/9162-eric-videos-cock-punched
**Title:** David Andrejz entraine des grosses bites dans la cave de son taff / GLORY HOLE 1 / Défoncé et dosé par 2 mecs dans un bar / Milan se fait doser par 2 étalons dans un bar à cul
**Reg. No:** PA 2-236-692; PA 2-242-198; PA 2-236-994; PA 2-237-024

**URL:** https://vod.darkalley.com/video/9180-eric-videos-slave-4-cock
**Title:** Yo se prend 2 gros calibres et 2 doses / Goulus de jus ! / Devian se tape 3 mecs / Rudy défoncé et rempli par 2 lascards chauds
**Reg. No:** PA 2-242-278; PA 2-237-709; PA 2-236-668; PA 2-237-716

**URL:** https://vod.darkalley.com/video/9195-eric-videos-raw-loads
**Title:** Brandon se fait chopper par Teddy dans un parc / Priam le bear défoncé et fécondé par l'Australien XXL / Nathan remplit par Darko le lascard / Johan se fait doser à l'abri des voyeurs
**Reg. No.:** PA 2-237-132; PA 2-237-698; PA 2-237-203; PA 2-236-944

**URL:** https://vod.darkalley.com/video/9128-eric-videos-cock-load
**Title:** Rempli au jus en plein Paris / Se faire doser pendant la pause déjeuner / Du jus dans la bouche et dans le cul / Thomas de fait défoncer et doser par Denis Reed
**Reg. No.:** PA 2-236-683; PA 2-236-728; PA 2-237-290; PA 2-237-719

**URL:** https://vod.darkalley.com/video/9107-eric-videos-boners-thugs-thuggery
**Title:** Jérémy se fait féconder par Peto Coast le Machofucker XXL / David se fait remplir par Darko et Peto Coast / Greg 20a chopé chez lui par 3 racailles / Yo s'est fait suivre et démonter par 3 lascars en chaleur
**Reg. No.:** PA 2-237-299; PA 2-236-684; PA 2-237-164; PA 2-237-424

**URL:** https://vod.darkalley.com/video/9136-eric-videos-raw-footage-breed-feed-seed
**Title:** Keiran défonceur et doseur XXL, non censuré / Drew se fait remplir dans la chaleur de NYC / Abraham défoncé et dosé par Antonio Miracle / Richard se fait démonter et remplir par Viktor XXL
**Reg. No.:** PA 2-236-984; PA 2-242-199; PA 2-237-143; PA 2-242-182

**URL:** https://vod.darkalley.com/video/9168-eric-videos-cum-sluts
**Title:** Logan et Aymeric se tapent un jogger / La queue raide à la main, Teddy attend Dani Robles / Antonio Biaggi se tape une salope dans un motel / Bukkake pour Eric et Robin accrocs au jus
**Reg. No.:** PA 2-236-989; PA 2-236-733; PA 2-236-259; PA 2-237-129

**URL:** https://vod.darkalley.com/video/9246-eric-videos-explosive-loads
**Title:** Bogosse gourmand et assoiffé de jus / Kriss se fait choper et doser par Cristiano / Flo attend 2 mecs pour le doser / Dosé par Tim Black le New Yorkais
**Reg. No.:** PA 2-236-472; PA 2-236-990; PA 2-236-688; PA 2-237-181

**URL:** https://vod.darkalley.com/video/9129-eric-videos-underbelly
**Title:** Orgie, Diego se fait démonter dans un bar / GLORY HOLE 2 / Scott fait venir un étalon pour remplir son pote à 2 / Luca se fait remplir par 2 grosses teubs
**Reg. No.:** PA 2-236-663; PA 2-242-181; PA 2-242-200; PA 2-236-727

**URL:** https://vod.darkalley.com/video/9130-eric-videos-pounded-tagged-bred
**Title:** 2 mecs à la fois pour Aymeric Deville / 4 grosses queues c'est top, mais 2 c'est cool aussi ! / Le trio Riccardo, Teddy et Valentin / Pablo se fait gangbanguer tous les trous
**Reg. No.:** PA 2-236-186; PA 2-237-114; N/A; PA 2-237-087

**URL:** https://vod.darkalley.com/video/9137-eric-videos-anal-impalers
**Title:** Dosé en haut d'un toit / Devian se fait défoncer par Teddy et Malik XXL / Jorge l'Espagnol défoncé et dosé par Darko et Hugo / Tapes moi dans l'fond maudit Français !
**Reg. No.:** PA 2-237-288; PA 2-236-666; PA 2-236-942; PA 2-236-729

**URL:** https://vod.darkalley.com/video/9163-eric-videos-nydp-new-york-deep-penetration
**Title:** 3 New Yorkais, 4 doses et 1 journée remplissage
**Reg. No.:** PA 2-237-010

**URL:** https://vod.darkalley.com/video/9165-eric-videos-w-o-m-d
**Title:** Un touriste de passage à Paris s'est tapé Darko / Will-Helm la bombe latino défonce et dose Kriss / Kriss se fait démonter et doser par Keiran l'Australien XXL / Dam Esco se prend les 22cm de Dylan Cox
**Reg. No.:** N/A; PA 2-237-700; PA 2-237-010; PA 2-242-284

**URL:** https://vod.darkalley.com/video/9166-eric-videos-cock-addict
**Title:** Vincent se fait défoncer et doser par Kevin / Teddy attend son plan à genoux / Malik XXL et Angelo se commencent dans la cage escalier / Rikk chope un beau gosse dans le métro
**Reg. No.:** PA 2-237-720; PA 2-237-704; PA 2-237-059; PA 2-242-266

**URL:** https://vod.darkalley.com/video/9167-eric-videos-need-4-seed
**Title:** Dog Rayan se fait démonter par un lascard / Jeremy et Aymeric dosés par un Polonais / Italo se fait doser par Rocco XXL et Nico / A l'abattage ! Fécondé par 2 beaux lascards !
**Reg. No.:** PA 2-236-667; PA 2-236-947; PA 2-236-953; PA 2-237-703

**URL:** https://vod.darkalley.com/video/9182-eric-videos-c-u-m
**Title:** A la recherche d'un coin pour baiser / Soif de jus - 1ère partie / ??? / Défoncé et dosé par Karim et Alejandro / Assoiffé de jus 2
**Reg. No.:** PA 2-237-017; PA 2-236-474; PA 2-237-400; PA 2-242-195

**URL:** https://vod.darkalley.com/video/9187-eric-videos-raw-gone-wild
**Title:** 3 mecs sous le périph / Sasha Attali se fait niquer et enfoutrer par Darko / Franco se fait doser par 2 hétéros / Dosé par un lascard en pleine nuit dans une cave
**Reg. No.:** PA 2-236-168; PA 2-237-717; PA 2-236-726; PA 2-237-183

**URL:** https://vod.darkalley.com/video/9197-eric-videos-cum-hungry
**Title:** Cristiano m'a cassé et rempli le boul / Robin est de retour et il aime le jus / Nathan défoncé et dosé par Keiran l'Australien XXL / Soif de jus - 2ème partie
**Reg. No.:** PA 2-237-142; PA 2-237-714; PA 2-237-179; PA 2-236-466

**URL:** https://vod.darkalley.com/video/9200-eric-videos-cum-pounded
**Title:** Aymeric Deville se fait remplir par un Italien / Jeune homme loue appartement / Italo se fait larver par Fabio et Dani Robles / Devian se fait remplir par un Beur et par un Brésilien
**Reg. No.:** PA 2-237-161; PA 2-237-141; PA 2-237-298; PA 2-236-673

**URL:** https://vod.darkalley.com/video/9203-eric-videos-hung-street-hoes
**Title:** Dosé après son sport / Dans les sous-sols de Paris / Dog Rayan larvé par 2 lascards / Aitor se fait foutrer par Alejandro Torres
**Reg. No.:** PA 2-237-284; PA 2-236-634; PA 2-236-669; PA 2-237-138

**URL:** https://vod.darkalley.com/video/9210-eric-videos-thirsty-for-juice
**Title:** Bogosse gourmand et assoiffé de jus / Andy se ramène un carioca pour le remplir / Dosé par Diego qui suce le caméraman / BLACK XXL dans le cul
**Reg. No.:** PA 2-236-472; PA 2-243-347; PA 2-236-679; PA 2-237-130

**URL:** https://vod.darkalley.com/video/9211-eric-videos-connoisseur-cock
**Title:** Kriss se fait choper et doser par Cristiano / Une lope attend 2 mecs / Dosé rempli et tassé par 3 Queutards dont un Beur / Yvan Rueda dose et tasse son pote
**Reg. No.:** PA 2-236-990; PA 2-236-070; PA 2-242-347; PA 2-242-280

**URL:** https://vod.darkalley.com/video/9214-eric-videos-cum-feast
**Title:** Douche de sperme / Yo s'est fait suivre et démonter par 3 lascars en chaleur / Orgie, Diego se fait démonter dans un bar / Se faire doser pendant la pause déjeuner
**Reg. No.:** PA 2-236-734; PA 2-237-424; PA 2-236-663; PA 2-236-728

**URL:** https://vod.darkalley.com/video/9215-eric-videos-smashing-bottoms
**Title:** Dosé par Tim Black le New Yorkais / Fécondé et tassé par Cristiano / Latinos bareback / Logan se fait démonter par Tahar et Aldo
**Reg. No.:** PA 2-237-181; PA 2-242-279; PA 2-237-131; PA 2-143-614

**URL:** https://vod.darkalley.com/video/9216-eric-videos-filled-up
**Title:** Flo attend 2 mecs pour le doser / C'est l'amour à la plage / Remplis-moi sur le sable chaud / Teddy fait sa fête à Devian
**Reg. No.:** PA 2-147-039; PA 2-237-206; PA 2-147-039; PA 2-236-670;

**URL:** https://vod.darkalley.com/video/9218-eric-videos-raw-deviants
**Title:** 2 mecs à la fois pour Aymeric Deville / Abraham défoncé et dosé par Antonio Miracle / Dosé en haut d'un toit / Milan se fait doser par 2 étalons dans un bar à cul
**Reg. No.:** PA 2-236-186; PA 2-237-143; PA 2-237-288; PA 2-237-024

**URL:** https://vod.darkalley.com/video/9223-eric-videos-cruising-for-loads
**Title:** Rikk chope un beau gosse dans le métro / Logan et Aymeric se tapent un jogger / 3 New Yorkais, 4 doses et 1 journée remplissage / Un touriste de passage à Paris s'est tapé Darko
**Reg. No.:** PA 2-242-266; PA 2-236-989; PA 2-237-168; N/A

**URL:** https://vod.darkalley.com/video/9225-eric-videos-plowed-filled
**Title:** Dani offre 2 doses à Teddy / Milan Réveillé et baisé dans son sommeil / Milan Réveillé et baisé dans son sommeil / Défoncé et rempli sur un terrain vague / Yan se fait démonter dans une cave par Darko
**Reg. No.:** PA 2-143-615; PA 2-237-268; PA 2-237-452; PA 2-237-420

**URL:** https://vod.darkalley.com/video/9231-eric-videos-pigs-prowl
**Title:** Dog Rayan se fait démonter par un lascard / Yo se prend 2 gros calibres et 2 doses / A la recherche d'un coin pour baiser / 3 mecs sous le périph
**Reg. No.:** PA 2-236-667; PA 2-242-278; PA 2-237-017; PA 2-236-168

**URL:** https://vod.darkalley.com/video/9234-eric-videos-slut-machines
**Title:** Brandon se fait chopper par Teddy dans un parc / Cristiano m'a cassé et rempli le boul / Aymeric Deville se fait remplir par un Italien / Dosé après son sport
**Reg. No.:** PA 2-237-132; PA 2-237-142; PA 2-237-161; PA 2-237-284

**URL:** https://vod.darkalley.com/video/9235-eric-videos-c-r-e-m-cocks-rule-everything-around-me
**Title:** Christian se fait démonter par Scott sous les yeux de Aaron / Dam Esco se fait remplir par Cristiano / David se fait remplir dans un parking / Rencontre exhib au jardin pour Patrick et Fabio
**Reg. No.:** PA 2-242-300; PA 2-236-730; PA 2-236-677; PA 2-42-286

**URL:** https://vod.darkalley.com/video/9244-eric-videos-milk-money
**Title:** Léo se fait démonter par Rocco XXL / Jude se fait remplir en plein air / Un trou à jus se fait remplir / EasyBi ramène 2 mecs dans le jardin de ses parents
**Reg. No.:** PA 2-236-941; PA 2-147-048; N/A; N/A

**URL:** https://vod.darkalley.com/video/9247-eric-videos-balls-deep
**Title:** Racolage / David se fait remplir par Darko et Peto Coast / GLORY HOLE 2 / Thomas de fait défoncer et doser par Denis Reed
**Reg. No.:** PA 2-236-481; PA 2-242-181; PA 2-236-680; PA 2-237-719

**URL:** https://vod.darkalley.com/video/9248-eric-videos-street-breeders
**Title:** Baraqué et il kiffe les minets / Jesus et Bruno s'échangent leur jus sur le chemin de la plage / David Andrzej se fait remplir par Darko / Une journée très remplie - partie 1
**Reg. No.:** PA 2-162-973; 2-242-268; PA 2-236-684; PA 2-147-029

**DVDS:** **https://darkalleydvd.com/product-category/studios/ev/**

**URL:** https://darkalleydvd.com/product/hung-street-hoes/
**Title:** Dosé après son sport / Dans les sous-sols de Paris / Dog Rayan larvé par 2 lascards / Aitor se fait foutrer par Alejandro Torres
**Reg. No.:** PA 2-237-284; PA 2-236-634; PA 2-236-669; PA 2-237-138

**URL:** https://darkalleydvd.com/product/smashing-bottoms/
**Title:** Dosé par Tim Black le New Yorkais / Fécondé et tassé par Cristiano / Latinos bareback / Logan se fait démonter par Tahar et Aldo
**Reg. No.:** PA 2-237-181; PA 2-242-279; PA 2-237-131; PA 2-143-614

**URL:** https://darkalleydvd.com/product/connoisseur-of-cock/
**Title:** Kriss se fait choper et doser par Cristiano / Une lope attend 2 mecs / Dosé rempli et tassé par 3 Queutards dont un Beur / Yvan Rueda dose et tasse son pote
**Reg. No.:** PA 2-236-990; PA 2-236-070; PA 2-242-347; PA 2-242-280

**URL:** https://darkalleydvd.com/product/thirsty-for-juice/
**Title;** Bogosse gourmand et assoiffé de jus / Andy se ramène un carioca pour le remplir / Dosé par Diego qui suce le caméraman / BLACK XXL dans le cul
**Reg. No.:** PA 2-236-472; PA 2-243-347; PA 2-236-679; PA 2-237-130

**URL:** https://darkalleydvd.com/product/cum-feast/
"**Title;** Douche de sperme / Yo s'est fait suivre et démonter par 3 lascars en chaleur / Orgie, Diego se fait démonter dans un bar / Se faire doser pendant la pause déjeuner"
**Reg. No.:** PA 2-236-734; PA 2-237-424; PA 2-236-663; PA 2-236-728

**URL:** https://darkalleydvd.com/product/filled-up/
**Title:** Flo attend 2 mecs pour le doser / C'est l'amour à la plage / Remplis-moi sur le sable chaud / Teddy fait sa fête à Devian
**Reg. No.:** PA 2-147-039; PA 2-237-206; PA 2-147-039; PA 2-236-670;

**URL:** https://darkalleydvd.com/product/unscripted-raw/
**Title:** Rico déguste avec les 22cm de Paul / Tahar baise son mec sur un chantier / Chopé sur un banc / Embarqué par 2 mecs dans une cave
**Reg. No.:** PA 2-147-042; N/A; PA 2-146-331 ; PA 2-147-054

**URL:** https://darkalleydvd.com/product/there-will-be-cum/
**Title:** Peter se fait remplir 2 fois / Sean Parker encule un jeune mec dans une cage d'escalier / Jeff se fait doser par Darko et le baiseur XXL / Une journée très remplie - partie 2
**Reg. No.:** PA 2-147-057; PA 2-242-289; PA 2-242-275; PA 2-147-044

**URL:** https://darkalleydvd.com/product/seeded-holes/
**Title:** GLORY HOLE 2 / Thomas de fait défoncer et doser par Denis Reed / 4 grosses queues c'est top, mais 2 c'est cool aussi ! / Drew se fait remplir dans la chaleur de NYC
**Reg. No.:** PA 2-242-181; PA 2-237-719; PA 2-237-114; PA 2-242-199

**URL:** https://darkalleydvd.com/product/raw-gone-wild/
**Title:** 3 mecs sous le périph / Sasha Attali se fait niquer et enfoutrer par Darko / Franco se fait doser par 2 hétéros / Dosé par un lascard en pleine nuit dans une cave
**Reg. No.:** PA 2-236-168; PA 2-237-717; PA 2-236-726; PA 2-237-183

**URL:** https://darkalleydvd.com/product/street-breeders/
**Title:** Baraqué et il kiffe les minets / Jesus et Bruno s'échangent leur jus sur le chemin de la plage / David Andrzej se fait remplir par Darko / Une journée très remplie - partie 1
**Reg. No.:** PA 2-162-973; 2-242-268; PA 2-236-684; PA 2-147-029

**URL:** https://darkalleydvd.com/product/balls-deep/
**Title:** Racolage / David se fait remplir par Darko et Peto Coast / GLORY HOLE 2 / Thomas de fait défoncer et doser par Denis Reed
**Reg. No.:** PA 2-236-481; PA 2-236-680; PA 2-242-181; PA 2-237-719;

**URL:** https://darkalleydvd.com/product/cum-hungry/
**Title:** Cristiano m'a cassé et rempli le boul / Robin est de retour et il aime le jus  / Nathan défoncé et dosé par Keiran l'Australien XXL / Soif de jus - 2ème partie
**Reg. No.:** PA 2-237-142; PA 2-237-714; PA 2-237-179; PA 2-236-466

**URL:** https://darkalleydvd.com/product/cum-pounded/
**Title:** Aymeric Deville se fait remplir par un Italien / Jeune homme loue appartement / Italo se fait larver par Fabio et Dani Robles / Devian se fait remplir par un Beur et par un Brésilien
**Reg. No.:** PA 2-237-161; PA 2-237-141; PA 2-237-298; PA 2-236-673

**URL:** https://darkalleydvd.com/product/raw-loads/
**Title:** Brandon se fait chopper par Teddy dans un parc / Priam le bear défoncé et fécondé par l'Australien XXL / Nathan remplit par Darko le lascard / Johan se fait doser à l'abri des voyeurs
**Reg. No.:** PA 2-237-132; PA 2-237-698; PA 2-237-203; PA 2-236-944

**URL:** https://darkalleydvd.com/product/explosive-loads/
**Title:** Bogosse gourmand et assoiffé de jus / Kriss se fait choper et doser par Cristiano / Flo attend 2 mecs pour le doser / Dosé par Tim Black le New Yorkais
**Reg. No.:** PA 2-236-472; PA 2-236-990; PA 2-236-688; PA 2-237-181

**URL:** https://darkalleydvd.com/product/milk-money/
**Title:** Léo se fait démonter par Rocco XXL / Jude se fait remplir en plein air / Un trou à jus se fait remplir / EasyBi ramène 2 mecs dans le jardin de ses parents
**Reg. No.:** PA 2-236-941; PA 2-147-048; N/A; N/A

**URL:** https://darkalleydvd.com/product/slut-machines/
**Title:** Brandon se fait chopper par Teddy dans un parc / Cristiano m'a cassé et rempli le boul / Aymeric Deville se fait remplir par un Italien / Dosé après son sport
**Reg. No.:** PA 2-237-132; PA 2-237-142; PA 2-237-161; PA 2-237-284

**URL:** https://darkalleydvd.com/product/c-r-e-a-m/
**Title:** Christian se fait démonter par Scott sous les yeux de Aaron / Dam Esco se fait remplir par Cristiano / David se fait remplir dans un parking / Rencontre exhib au jardin pour Patrick et Fabio

**Reg. No.:** PA 2-242-300; PA 2-236-730; PA 2-236-677; PA 2-242-286

**URL:** https://darkalleydvd.com/product/pounded-tagged-and-bred/
**Title:** 2 mecs à la fois pour Aymeric Deville / 4 grosses queues c'est top, mais 2 c'est cool aussi ! / Le trio Riccardo, Teddy et Valentin / Pablo se fait gangbanguer tous les trous
**Reg. No.:** PA 2-236-186; PA 2-237-114; N/A; PA 2-237-087

**URL:** https://darkalleydvd.com/product/c-u-m/
**Title:** A la recherche d'un coin pour baiser / Soif de jus - 1ère partie / ??? / Défoncé et dosé par Karim et Alejandro / Assoiffé de jus 2
**Reg. No.:** PA 2-237-017; PA 2-236-474; PA 2-237-400; PA 2-242-195

**URL:** https://darkalleydvd.com/product/orgy-porgy/
**Title:** Un gavage au jus digne de ce nom ! / Défoncé et fécondé par Peto Coast et son pote Joe / Milan se fait enfoutrer par 2 hétéros / Peto Coast et son pote démontent David Andrezj sur un chantier
**Reg. No.:** PA 2-147-034; PA 2-237-422; PA 2-237-204; PA 2-237-207

**URL:** https://darkalleydvd.com/product/pigs-on-the-prowl/
**Title:** Dog Rayan se fait démonter par un lascard / Yo se prend 2 gros calibres et 2 doses / A la recherche d'un coin pour baiser / 3 mecs sous le périph
**Reg. No.:** PA 2-236-667; PA 2-242-278; PA 2-237-017; PA 2-236-168

**URL:** https://darkalleydvd.com/product/cum-sluts/
**Title:** Logan et Aymeric se tapent un jogger / La queue raide à la main, Teddy attend Dani Robles / Antonio Biaggi se tape une salope dans un motel / Bukkake pour Eric et Robin accrocs au jus

**Reg. No.:** PA 2-236-989; PA 2-236-733; PA 2-236-259; PA 2-237-129

**URL:** https://darkalleydvd.com/product/cock-addict/
**Title:** Vincent se fait défoncer et doser par Kevin / Teddy attend son plan à genoux / Malik XXL et Angelo se commencent dans la cage escalier / Rikk chope un beau gosse dans le métro
**Reg. No.:** PA 2-237-720; PA 2-237-704; PA 2-237-059; PA 2-242-266

**URL:** https://darkalleydvd.com/product/need-4-seed/
**Title:** Dog Rayan se fait démonter par un lascard / Jeremy et Aymeric dosés par un Polonais / Italo se fait doser par Rocco XXL et Nico / A l'abattage ! Fécondé par 2 beaux lascards !
**Reg. No.:** PA 2-236-667; PA 2-236-947; PA 2-236-953; PA 2-237-703

**URL:** https://darkalleydvd.com/product/slave-4-cock/
**Title:** Yo se prend 2 gros calibres et 2 doses / Goulus de jus ! / Devian se tape 3 mecs / Rudy défoncé et rempli par 2 lascards chauds
**Reg. No.:** PA 2-242-278; PA 2-237-709; PA 2-236-668; PA 2-237-716

**URL:** https://darkalleydvd.com/product/plowed-filled/
**Title:** Dani offre 2 doses à Teddy / Milan Réveillé et baisé dans son sommeil / Défoncé et rempli sur un terrain vague / Yan se fait démonter dans une cave par Darko
**Reg. No.:** PA 2-143-615; PA 2-237-268; PA 2-237-452; PA 2-237-420

**URL:** https://darkalleydvd.com/product/cruising-for-loads/
**Title:** Rikk chope un beau gosse dans le métro / Logan et Aymeric se tapent un jogger / 3 New Yorkais, 4 doses et 1 journée remplissage / Un touriste de passage à Paris s'est tapé Darko
**Reg. No.:** PA 2-242-266; PA 2-236-989; PA 2-237-168; N/A

**URL:** https://darkalleydvd.com/product/w-o-m-d-weapons-of-massive-dickstruction/
**Title:** Un touriste de passage à Paris s'est tapé Darko / Will-Helm la bombe latino défonce et dose Kriss / Kriss se fait démonter et doser par Keiran l'Australien XXL / Dam Esco se prend les 22cm de Dylan Cox
**Reg. No.:** n/a; PA 2-237-700; PA 2-237-010; PA 2-242-284

**URL:** https://darkalleydvd.com/product/nydp-new-york-deep-penetration/
**Title:** 3 New Yorkais, 4 doses et 1 journée remplissage
**Reg. No.:** PA 2-237-010

**URL:** https://darkalleydvd.com/product/raw-deviants/
**Title:** 2 mecs à la fois pour Aymeric Deville / Abraham défoncé et dosé par Antonio Miracle / Dosé en haut d'un toit / Milan se fait doser par 2 étalons dans un bar à cul
**Reg. No.:** PA 2-236-186; PA 2-237-143; PA 2-237-288; PA 2-237-024

**URL:** https://darkalleydvd.com/product/underbelly/
**Title:** Orgie, Diego se fait démonter dans un bar / GLORY HOLE 2 / Scott fait venir un étalon pour remplir son pote à 2 / Luca se fait remplir par 2 grosses teubs
**Reg. No.:** PA 2-236-663; PA 2-242-181; PA 2-242-200; PA 2-236-727

**URL:** https://darkalleydvd.com/product/raw-footage-breed-feed-seed/
**Title:** Keiran défonceur et doseur XXL, non censuré / Drew se fait remplir dans la chaleur de NYC / Abraham défoncé et dosé par Antonio Miracle / Richard se fait démonter et remplir par Viktor XXL
**Reg. No.:** PA 2-236-984; PA 2-242-199; PA 2-237-143; PA 2-242-182

URL: https://darkalleydvd.com/product/cock-load/
**Title:** Rempli au jus en plein Paris / Se faire doser pendant la pause déjeuner / Du jus dans la bouche et dans le cul / Thomas de fait défoncer et doser par Denis Reed
**Reg. No.:** PA 2-236-683; PA 2-236-728; PA 2-237-290; PA 2-237-719

URL: https://darkalleydvd.com/product/cock-punched/
**Title:** David Andrejz entraine des grosses bites dans la cave de son taff / GLORY HOLE 1 / Défoncé et dosé par 2 mecs dans un bar / Milan se fait doser par 2 étalons dans un bar à cul
**Reg. No.:** PA 2-236-692; PA 2-242-198; PA 2-236-994; PA 2-237-024

URL: https://darkalleydvd.com/product/anal-impalers/
**Title:** Dosé en haut d'un toit / Devian se fait défoncer par Teddy et Malik XXL / Jorge l'Espagnol défoncé et dosé par Darko et Hugo / Tapes moi dans l'fond maudit Français !
**Reg. No.:** PA 2-237-288; PA 2-236-666; PA 2-236-942; PA 2-236-729

URL: https://darkalleydvd.com/product/boners-thugs-thuggery/
**Title;** Jérémy se fait féconder par Peto Coast le Machofucker XXL / David se fait remplir par Darko et Peto Coast / Greg 20a chopé chez lui par 3 racailles / Yo s'est fait suivre et démonter par 3 lascars en chaleur
**Reg. No.:** PA 2-237-299; PA 2-236-684; PA 2-237-164; PA 2-237-424

URL: https://darkalleydvd.com/product/eric-in-the-raw/
**Title:** Douche de sperme / Racolage / Auto-stoppeur en chaleur / Franco se fait doser par 2 hétéros
**Reg. No.:** PA 2-236-734; PA 2-236-481; PA 2-236-469; PA 2-236-726

# URLS on <rawfuckclub.com>

**URL:** https://www.rawfuckclub.com/video/E103-eric-videos-bukkake-for-robin
**Title:** Bukkake pour Eric et Robin accrocs au jus
**Reg. No.:** PA 2-237-129

**URL:** https://www.rawfuckclub.com/video/E221-eric-videos-oldies-but-goodies-blows-cocks
**Title:** Mes dernières pipes au jus jamais montrées !
**Reg. No.:** PA 2-237-079

**URL:** https://www.rawfuckclub.com/video/E258-eric-videos-thirsty-for-cum-2
**Title:** Assoiffé de jus 2
**Reg. no.:** PA 2-242-195

**URL:** https://www.rawfuckclub.com/video/E114-eric-videos-robin-back-he-loves-cum
**Title:** Robin est de retour et il aime le jus (version complète)
**Reg. No.:** PA 2-237-714

**URL:** https://www.rawfuckclub.com/video/E104-eric-videos-loaded-tim-black-new-york
**Title:** Dosé par Tim Black le New Yorkais
**Reg. No.:** PA 2-237-181

**URL:** https://www.rawfuckclub.com/video/E048-eric-videos-loaded-rodolf-german-hunk
**Title:** Dosé par Rodolf un étalon Allemand
**Reg. No.:** PA 2-237-000

**URL:** https://www.rawfuckclub.com/video/E068-eric-videos-loaded-with-cum-thug
**Title:** Dosé par un lascard en pleine nuit dans une cave
**Reg.No.:** PA 2-237-183

**URL:** https://www.rawfuckclub.com/video/E069-eric-videos-rudy-plowed-seeded
**Title:** Rudy défoncé et rempli par 2 lascards chauds
**Reg. No.:** PA 2-237-716

**URL:** https://www.rawfuckclub.com/video/E071-eric-videos-kevin-breeds-me
**Title:** Kevin me dose le cul
**Reg. No.:** N/A

**URL:** https://www.rawfuckclub.com/video/E080-eric-videos-black-xxl-ass
**Title:** BLACK XXL dans le cul
**Reg. No.:** PA 2-237-130

**URL:** https://www.rawfuckclub.com/video/E089-eric-videos-nathan-gets-fucked-darko-thug
**Title:** Nathan remplit par Darko le lascard
**Reg.No.:** PA 2-237-203

**URL:** https://www.rawfuckclub.com/video/E106-eric-videos-loaded-manhattan
**Title:** Dosage à Manhattan
**Reg. No.:** PA 2-237-421

**URL:** https://www.rawfuckclub.com/video/E107-eric-videos-johan-gets-loaded-shielded-from-voyeurs
**Title:** Johan se fait doser à l'abri des voyeurs
**Reg. No.:** PA 2-236-944

**URL:** https://www.rawfuckclub.com/video/E108-eric-videos-hungry-for-cum-pt-1
**Title:** Soif de jus - 1ère partie
**Reg.No.:** PA 2-236-474

**URL:** https://www.rawfuckclub.com/video/E109-eric-videos-hungry-for-cum-pt-2
**Title:** Soif de jus - 2ème partie
**Reg.No.:** PA 2-236-466

**URL:** https://www.rawfuckclub.com/video/E110-eric-videos-cristiano-loaded-my-hole
**Title:** Cristiano m'a cassé et rempli le boul
**Reg.No.:** PA 2-237-142

**URL:** https://www.rawfuckclub.com/video/E111-eric-videos-keiran-plower-crammer-xxl-uncensored
**Title:** Keiran défonceur et doseur XXL, non censuré
**Reg.No.:** PA 2-236-984

**URL:** https://www.rawfuckclub.com/video/E112-eric-videos-3-new-yorkers-4-loads
**Title:** 3 New Yorkais, 4 doses et 1 journée remplissage
**Reg. No.:** PA 2-237-168

**URL:** https://www.rawfuckclub.com/video/E115-eric-videos-nathan-plowed-keiran
**Title:** Nathan défoncé et dosé par Keiran l'Australien XXL
**Reg. No.:** PA 2-237-179

**URL:** https://www.rawfuckclub.com/video/E116-eric-videos-seeded-crammed-cristiano
**Title:** Fécondé et tassé par Cristiano
**Reg. No.** PA 2-242-279

**URL:** https://www.rawfuckclub.com/video/E117-eric-videos-dam-esco-gets-loaded-cristiano
**Title:** Dam Esco se fait remplir par Cristiano
**Reg. No.:** PA 2-236-730

**URL:** https://www.rawfuckclub.com/video/E118-eric-videos-david-andrzej-gets-filled-up-darko
**Title:** David Andrzej se fait remplir par Darko
**Reg. No.:** PA 2-236-684

**URL:** https://www.rawfuckclub.com/video/E119-eric-videos-plowed-loaded-peto-coast-xxl
**Title:** Défoncé et dosé par Peto Coast XXL
**Reg. No.:** PA 2-237-453

**URL:** https://www.rawfuckclub.com/video/E120-eric-videos-arabic-guy-filled-thom
**Title:** Thom Barron dose et tasse un beur
**Reg. No.:** PA 2-237-145

**URL:** https://www.rawfuckclub.com/video/E121-eric-videos-seeded-2-hot-sexy-guys
**Title:** A l'abattage ! Fécondé par 2 beaux lascards !
**Reg. No.** PA 2-237-703

**URL:** https://www.rawfuckclub.com/video/E122-eric-videos-kriss-pounded-filled-up-keiran
**Title:** Kriss se fait démonter et doser par Keiran l'Australien XXL
**Reg. No.:** PA 2-237-010

**URL:** https://www.rawfuckclub.com/video/E123-eric-videos-jeremy-filled-up-cristiano
**Title:** Jeremy rempli et tassé par Cristiano
**Reg. No.:** PA 2-236-946

**URL:** https://www.rawfuckclub.com/video/E124-eric-videos-filled-up-diego
**Title:** Dosé par Diego qui suce le caméraman
**Reg. No.:** PA 2-236-679

**URL:** https://www.rawfuckclub.com/video/E125-eric-videos-yvan-rueda-crams-his-buddy
**Title:** Yvan Rueda dose et tasse son pote
**Reg. No.:** PA 2-242-280

**URL:** https://www.rawfuckclub.com/video/E126-eric-videos-plowed-seeded-peto-joe
**Title:** Défoncé et fécondé par Peto Coast et son pote Joe
**Reg. No.:** PA 2-237-422

**URL:** https://www.rawfuckclub.com/video/E127-eric-videos-sasha-fucked-loaded-darko
**Title:** Sasha Attali se fait niquer et enfoutrer par Darko
**Reg. No.:** PA 2-237-717

**URL:** https://www.rawfuckclub.com/video/E128-eric-videos-loaded-two-guys-bar
**Title:** Défoncé et dosé par 2 mecs dans un bar
**Reg. No.:** PA 2-236-994

**URL:** https://www.rawfuckclub.com/video/E129-eric-videos-priam-plowed-bred-keiran
**Title:** Priam le bear défoncé et fécondé par l'Australien XXL
**Reg. No.:** PA 2-237-698

**URL:** https://www.rawfuckclub.com/video/E130-eric-videos-jeremy-seeded-peto-coast
**Title:** Jérémy se fait féconder par Peto Coast le Machofucker XXL
**Reg. No.:** PA 2-237-299

**URL:** https://www.rawfuckclub.com/video/E131-eric-videos-jorge-seeded-darko-hugo
**Title:** Jorge l'Espagnol défoncé et dosé par Darko et Hugo
**Reg. No.:** PA 2-236-942

**URL:** https://www.rawfuckclub.com/video/E132-eric-videos-kriss-owned-filled-cristiano
**Title:** Kriss se fait choper et doser par Cristiano
**Reg. No.:** PA 2-236-990

**URL:** https://www.rawfuckclub.com/video/E133-eric-videos-nathan-plowed-peto
**Title:** Nathan démonté par Peto Coast XXL
**Reg. No.:** PA 2-242-282

**URL:** https://www.rawfuckclub.com/video/E134-eric-videos-dog-rayan-gets-plowed-thug
**Title:** Dog Rayan se fait démonter par un lascard
**Reg. No.:** PA 2-236-667

**URL:** https://www.rawfuckclub.com/video/E135-eric-videos-express-draining-for-thirsty-cum-
**Title:** Vidanges express pour bouffeur de jus assoiffé
**Reg.No.:** PA 2-236-676

**URL:** https://www.rawfuckclub.com/video/E136-eric-videos-20yo-greg-grabbed-3-thugs
**Title:** Greg 20a chopé chez lui par 3 racailles
**Reg. No.:** PA 2-237-164

**URL:** https://www.rawfuckclub.com/video/E137-eric-videos-marco-fucked-filled-peto
**Title:** Marco le butch défoncé et dosé par Peto Coast
**Reg. No.:** PA 2-237-044

**URL:** https://www.rawfuckclub.com/video/E138-eric-videos-will-helm-plows-loads-up-kriss
**Title:** Will-Helm la bombe latino défonce et dose Kriss
**Reg. No.:** PA 2-237-700

**URL:** https://www.rawfuckclub.com/video/E139-eric-videos-dam-takes-8-5-inches-dylan
**Title:** Dam Esco se prend les 22cm de Dylan Cox
**Reg. No.:** PA 2-242-284

**URL:** https://www.rawfuckclub.com/video/E140-eric-videos-plowed-karim-alejandro
**Title:** Défoncé et dosé par Karim et Alejandro
**Reg. No.:** PA 2-237-400

**URL:** https://www.rawfuckclub.com/video/E142-eric-videos-plowed-filled-up-judas
**Title:** Défoncé et dosé par Valentino
**Reg. No.:** PA 2-237-178

**URL:** https://www.rawfuckclub.com/video/E165-eric-videos-milan-gets-creamed-2-straight-guys
**Title:** Milan se fait enfoutrer par 2 hétéros
**Reg. No.:** PA 2-237-204

**URL:** https://www.rawfuckclub.com/video/E168-eric-videos-yo-gets-filled-2-hung-studs
**Title:** Yo se fait remplir par 2 TTBM
**Reg. No.:** PA 2-242-277

**URL:** https://www.rawfuckclub.com/video/E169-eric-videos-thomas-plowed-filled-honza
**Title:** Thomas de fait défoncer et doser par Denis Reed
**Reg. No.:** PA 2-237-719

**URL:** https://www.rawfuckclub.com/video/E170-eric-videos-yo-followed-plowed-3-thugs
**Title:** Yo s'est fait suivre et démonter par 3 lascars en chaleur
**Reg. No.:** PA 2-237-424

**URL:** https://www.rawfuckclub.com/video/E171-eric-videos-franco-gets-loaded-2-straight-guys
**Title:** Franco se fait doser par 2 hétéros
**Reg. No.:** PA 2-236-726

**URL:** https://www.rawfuckclub.com/video/E172-eric-videos-david-filled-darko-peto
**Title:** David se fait remplir par Darko et Peto Coast
**Reg. No.:** PA 2-236-680

**URL:** https://www.rawfuckclub.com/video/E173-eric-videos-steven-gets-plowed-richard
**Title:** Steven se fait démonter et remplir par Richard
**Reg. No.** PA 2-242-276

**URL:** https://www.rawfuckclub.com/video/E175-eric-videos-summer-sex-mix
**Title:** Yo se prend 2 gros calibres et 2 doses
**Reg. No.:** PA 2-242-278

**URL:** https://www.rawfuckclub.com/video/E181-eric-videos-leo-plowed-loaded-igor-
**Title:** Igor le MachoFucker dédonce et dose Leo
**Reg. No.:** PA 2-237-286

**URL:** https://www.rawfuckclub.com/video/E184-eric-videos-dog-rayan-loaded-2-thugs
**Title:** Dog Rayan larvé par 2 lascards
**Reg. No.:** PA 2-236-669

**URL:** https://www.rawfuckclub.com/video/E185-eric-videos-leo-gets-plowed-rocco-xxl
**Title:** Léo se fait démonter par Rocco XXL
**Reg. No.:** PA 2-236-941

**URL:** https://www.rawfuckclub.com/video/E189-eric-videos-milan-awakened-fucked-his-sleep
**Title:** Milan Réveillé et baisé dans son sommeil
**Reg. No.:** PA 2-237-268

**URL:** https://www.rawfuckclub.com/video/E192-eric-videos-plowed-filled-up-empty-lot
**Title:** Défoncé et rempli sur un terrain vague
**Reg. No.:** PA 2-237-452

**URL:** https://www.rawfuckclub.com/video/E193-eric-videos-cum-feast
**Title:** Douche de sperme
**Reg. No.:** PA 2-236-734

**URL:** https://www.rawfuckclub.com/video/E196-eric-videos-hook-up
**Title:** Racolage
**Reg. No.:** PA 2-236-481

**URL:** https://www.rawfuckclub.com/video/E197-eric-videos-yan-gets-fucked-darko-basement
**Title:** Yan se fait démonter dans une cave par Darko
**Reg.No.:** PA 2-237-420

**URL:** https://www.rawfuckclub.com/video/E198-eric-videos-2-big-cocks-cool-well-pt-1
**Title:** 4 grosses queues c'est top, mais 2 c'est cool aussi !
**Reg. No.:** PA 2-237-114

**URL:** https://www.rawfuckclub.com/video/E200-eric-videos-2-big-cocks-cool-well-part
**Title:** 4 grosses queues c'est top, mais… 2è partie
**Reg. No.:** PA 2-237-115

**URL:** https://www.rawfuckclub.com/video/E201-eric-videos-vincent-gets-plowed-loaded-kevin
**Title:** Vincent se fait défoncer et doser par Kevin
**Reg. No.:** PA 2-237-720

**URL:** https://www.rawfuckclub.com/video/E202-eric-videos-milan-gets-loaded-2-stallions
**Title:** Milan se fait doser par 2 étalons dans un bar à cul
**Reg. No.:** PA 2-237-024

**URL:** https://www.rawfuckclub.com/video/E203-eric-videos-damian-filled-2-huge-dicks
**Title:** Luca se fait remplir par 2 grosses teubs
**Reg. No.:** PA 2-236-727

**URL:** https://www.rawfuckclub.com/video/E205-eric-videos-logan-cruising-his-car
**Title:** Logan se lève un mec en voiture pour se faire remplir
**Reg. No.:** PA 2-236-989

**URL:** https://www.rawfuckclub.com/video/E206-eric-videos-scott-gets-help-to-fill-his-buddy
**Title:** Scott fait venir un étalon pour remplir son pote à 2
**Reg. No.:** PA 2-242-200

**URL:** https://www.rawfuckclub.com/video/E207-eric-videos-dry-fucking-park-at-night
**Title:** Ca s'encule sec la nuit dans les parcs…
**Reg. No.:** PA 2-236-671

**URL:** https://www.rawfuckclub.com/video/E212-eric-videos-antonio-biaggi-private-session
**Title:** Antonio Biaggi rien que pour toi
**Reg. No.:** PA 2-237-144

**URL:** https://www.rawfuckclub.com/video/E213-eric-videos-bareback-latinos
**Title:** Latinos bareback
**Reg. No.:** PA 2-237-131

**URL:** https://www.rawfuckclub.com/video/E215-eric-videos-glory-hole
**Title:** GLORY HOLE 1
**Reg. No.:** PA 2-242-198

**URL:** https://www.rawfuckclub.com/video/E216-eric-videos-loaded-rooftop
**Title:** Dosé en haut d'un toit
**Reg. No.:** PA 2-237-288

**URL:** https://www.rawfuckclub.com/video/E217-eric-videos-peto-his-buddy-plow-david
**Title:** Peto Coast et son pote démontent David Andrezj sur un chantier
**Reg. No.:** PA 2-237-207

**URL:** https://www.rawfuckclub.com/video/E218-eric-videos-mowing-lawn-or-playing-with-cock
**Title:** Tondre la pelouse ou se taper une grosse teub, Jimmy préfère la teub
**Reg. No.:** PA 2-242-437

**URL:** https://www.rawfuckclub.com/video/E219-eric-videos-david-andrejz-takes-some-huge-
**Title:** David Andrejz entraine des grosses bites dans la cave de son taff
**Reg. No.:** PA 2-236-692

**URL:** https://www.rawfuckclub.com/video/E220-eric-videos-antonio-fucks-slut
**Title:** Antonio Biaggi se tape une salope dans un motel
**Reg. No.:** PA 2-236-259

**URL:** https://www.rawfuckclub.com/video/E222-eric-videos-getting-loaded-at-lunch-time
**Title:** Se faire doser pendant la pause déjeuner
**Reg. No.:** PA 2-236-728

**URL:** https://www.rawfuckclub.com/video/E223-eric-videos-pablo-gets-his-hole-gang-banged
**Title:** Pablo se fait gangbanguer tous les trous
**Reg. No.:** PA 2-237-087

**URL:** https://www.rawfuckclub.com/video/E225-eric-videos-hitch-hiking-slut
**Title:** Auto-stoppeur en chaleur
**Reg. No.:** PA 2-236-469

**URL:** https://www.rawfuckclub.com/video/E226-eric-videos-glory-hole-2
**Title:** GLORY HOLE 2
**Reg. No.:** PA 2-242-181

**URL:** https://www.rawfuckclub.com/video/E232-eric-videos-hit-me-deep
**Title:** Tapes moi dans l'fond maudit Français !
**Reg. No.:** PA 2-236-729

**URL:** https://www.rawfuckclub.com/video/E255-eric-videos-2-hunks-at-once-for-aymeric-deville
**Title:** 2 mecs à la fois pour Aymeric Deville
**Reg. No.:** PA 2-236-186

**URL:** https://www.rawfuckclub.com/video/E256-eric-videos-slut-waiting-for-2-guys
**Title:** Une lope attend 2 mecs
**Reg. No.:** PA 2-236-070

**URL:** https://www.rawfuckclub.com/video/E259-eric-videos-aymeric-deville-filled-dario
**Title:** Aymeric Deville se fait remplir par un Italien
**Reg. No.:** PA 2-237-161

**URL:** https://www.rawfuckclub.com/video/E261-eric-videos-trio-alberto-teddy-valentin
**Title:** Le trio Riccardo, Teddy et Valentin
**Reg. No.:** N/A

**URL:** https://www.rawfuckclub.com/video/E262-eric-videos-abraham-plowed-bred-antonio-mira
**Title:** Abraham défoncé et dosé par Antonio Miracle
**Reg. No.:** PA 2-237-143

**URL:** https://www.rawfuckclub.com/video/E263-eric-videos-devian-hooks-up-with-3-guys
**Title:** Devian se tape 3 mecs
**Reg. No.:** PA 2-236-668

**URL:** https://www.rawfuckclub.com/video/E264-eric-videos-aitor-get-loaded-alejandro-torres
**Title:** Aitor se fait foutrer par Alejandro Torres
**Reg. No.:** PA 2-237-138

**URL:** https://www.rawfuckclub.com/video/E265-eric-videos-devian-getting-plowed-teddy-malik-xxl
**Title:** Devian se fait défoncer par Teddy et Malik XXL
**Reg. No.:** PA 2-236-666

**URL:** https://www.rawfuckclub.com/video/E267-eric-videos-richard-gets-pounded-filled-up-viktor-xxl
**Title:** Richard se fait démonter et remplir par Viktor XXL
**Reg. No.:** PA 2-242-182

**URL:** https://www.rawfuckclub.com/video/E268-eric-videos-teddy-waits-for-his-trick-knees
**Title:** Teddy attend son plan à genoux
**Reg. No.:** PA 2-237-704

**URL:** https://www.rawfuckclub.com/video/E271-eric-videos-malik-xxl-angelo-start-right-
**Title:** Malik XXL et Angelo se commencent dans la cage escalier
**Reg. No.:** PA 2-237-059

**URL:** https://www.rawfuckclub.com/video/E272-eric-videos-diego-goes-to-bar-get-pounded
**Title:** Orgie, Diego se fait démonter dans un bar
**Reg. No.:** PA 2-236-663

**URL:** https://www.rawfuckclub.com/video/E275-eric-videos-starving-for-jizz
**Title:** Goulus de jus !
**Reg. No.:** PA 2-237-709

**URL:** https://www.rawfuckclub.com/video/E276-eric-videos-jeremy-aymeric-loaded-polish-guy
**Title:** Jeremy et Aymeric dosés par un Polonais
**Reg. No.:** PA 2-236-947

**URL:** https://www.rawfuckclub.com/video/E280-eric-videos-tourist-visiting-paris-fucks-with-
**Title:** Un touriste de passage à Paris s'est tapé Darko
**Reg. No.:** N/A

**URL:** https://www.rawfuckclub.com/video/E281-eric-videos-devian-gets-filled-up-teddy
**Title:** Teddy fait sa fête à Devian
**Reg. No.:** PA 2-236-670

**URL:** https://www.rawfuckclub.com/video/E282-eric-videos-3-guys-under-beltway
**Title:** 3 mecs sous le périph
**Reg. No.:** PA 2-236-168

**URL:** https://www.rawfuckclub.com/video/E285-eric-videos-jizz-mouth-ass
**Title:** Du jus dans la bouche et dans le cul
**Reg. No.:** PA 2-237-290

**URL:** https://www.rawfuckclub.com/video/E286-eric-videos-filled-with-cum-middle-paris
**Title:** Rempli au jus en plein Paris
**Reg. No.:** PA 2-236-683

**URL:** https://www.rawfuckclub.com/video/E287-eric-videos-hungry-hottie-thirsty-for-juice
**Title:** Bogosse gourmand et assoiffé de jus
**Reg. No.:** PA 2-236-472

**URL:** https://www.rawfuckclub.com/video/E288-eric-videos-devian-gets-filled-up-arab-brazilian
**Title:** Devian se fait remplir par un Beur et par un Brésilien
**Reg. No.:** PA 2-236-673

**URL:** https://www.rawfuckclub.com/video/E289-eric-videos-logan-aymeric-fuck-jogger
**Title:** Logan et Aymeric se tapent un jogger
**Reg. No.:** PA 2-236-989

**URL:** https://www.rawfuckclub.com/video/E291-eric-videos-hard-dick-hand-teddy-waits-for-dani-robles
**Title:** La queue raide à la main, Teddy attend Dani Robles
**Reg.No.:** PA 2-236-733

**URL:** https://www.rawfuckclub.com/video/E292-eric-videos-looking-for-spot-to-fuck
**Title:** A la recherche d'un coin pour baiser
**Reg. No.:** PA 2-237-017

**URL:** https://www.rawfuckclub.com/video/E293-eric-videos-loaded-after-gym
**Title:** Dosé après son sport
**Reg. No.:** PA 2-237-284

**URL:** https://www.rawfuckclub.com/video/E294-eric-videos-rikk-snatches-hot-guy-subway
**Title:** Rikk chope un beau gosse dans le métro
**Reg. No.:** PA 2-242-266

**URL:** https://www.rawfuckclub.com/video/E295-eric-videos-italo-gets-bitched-out-fabio-dani-robles
**Title:** Italo se fait larver par Fabio et Dani Robles
**Reg. No.:** PA 2-237-298

**URL:** https://www.rawfuckclub.com/video/E296-eric-videos-brandon-gets-grabbed-teddy-park
**Title:** Brandon se fait chopper par Teddy dans un parc
**Reg. No.:** PA 2-237-132

**URL:** https://www.rawfuckclub.com/video/E297-eric-videos-basements-paris
**Title:** Dans les sous-sols de Paris
**Reg. No.:** PA 2-236-634

**URL:** https://www.rawfuckclub.com/video/E298-eric-videos-young-man-rents-apartment
**Title:** Jeune homme loue appartement
**Reg. No.:** PA 2-237-141

**URL:** https://www.rawfuckclub.com/video/E299-eric-videos-love-beach
**Title:** C'est l'amour à la plage
**Reg. No.:** PA 2-237-206

**URL:** https://www.rawfuckclub.com/video/E300-eric-videos-florian-waiting-for-2-guys-to-load-him-up
**Title:** Flo attend 2 mecs pour le doser
**Reg. No.:** PA 2-236-688

**URL:** https://www.rawfuckclub.com/video/E301-eric-videos-jacked-up-fan-twinks
**Title:** Baraqué et il kiffe les minets
**Reg. No.:** PA 2-162-973

**URL:** https://www.rawfuckclub.com/video/E302-eric-videos-aldo-fucks-jogger-woods
**Title:** Aldo se tape un jogger dans les bois
**Reg. No.:** PA 2-162-967

**URL:** https://www.rawfuckclub.com/video/E303-eric-videos-fill-me-up-warm-sand
**Title:** Remplis-moi sur le sable chaud
**Reg. No.:** PA 2-147-039

**URL:** https://www.rawfuckclub.com/video/E304-eric-videos-proper-juice-feeding
**Title:** Un gavage au jus digne de ce nom !
**Reg. No.:** PA 2-147-034

**URL:** https://www.rawfuckclub.com/video/E305-eric-videos-logan-gets-plowed-tahar-aldo
**Title:** Logan se fait démonter par Tahar et Aldo
**Reg. No.:** PA 2-143-614

**URL:** https://www.rawfuckclub.com/video/E306-eric-videos-dani-offers-2-loads-to-teddy
**Title:** Dani offre 2 doses à Teddy
**Reg. No.:** PA 2-143-614

**URL:** https://www.rawfuckclub.com/video/E307-eric-videos-tahar-loads-his-slut-3-times-row
**Title:** Tahar baise son mec sur un chantier
**Reg. No.:** PA 2-143-615

**URL:** https://www.rawfuckclub.com/video/E308-eric-videos-full-day-pt-1
**Title:** Une journée très remplie - partie 1
**Reg. No.:** PA 2-147-029

**URL:** https://www.rawfuckclub.com/video/E309-eric-videos-full-day-pt-2
**Title:** Une journée très remplie - partie 2
**Reg. No.:** PA 2-147-044

**URL:** https://www.rawfuckclub.com/video/E310-eric-videos-jude-gets-filled-up-outdoors
**Title:** Jude se fait remplir en plein air
**Reg. No.:** PA 2-147-048

**URL:** https://www.rawfuckclub.com/video/E311-eric-videos-taken-two-guys-basement
**Title:** Embarqué par 2 mecs dans une cave
**Reg. No:** PA 2-147-054

**URL:** https://www.rawfuckclub.com/video/E312-eric-videos-easybi-takes-2-guys-his-parents-backy
**Title:** EasyBi ramène 2 mecs dans le jardin de ses parents
**Reg. No.:** N/A

**URL:** https://www.rawfuckclub.com/video/E317-eric-videos-rikk-gets-stretched-hard-with-9-5-inch
**Title:** Rikk se fait démonter par 24cm
**Reg. No:** PA 2-156-217

**URL:** https://www.rawfuckclub.com/video/E318-eric-videos-meeting-at-glory-hole
**Title:** Rendez vous devant le glory hole
**Reg. No:** PA 2-160-921

**URL:** https://www.rawfuckclub.com/video/E319-eric-videos-seeded-bar
**Title:** Dosé dans un bar
**Reg. No:** PA 2-166-823