UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMBV MEDIA, S.A.,<br><br>    Plaintiff,<br><br>                v.<br><br>VIDEOAPP, INC., *et ano.*,<br><br>    Defendants. | Civil Action No. 20 CV 4228 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action on behalf of defendants Videoapp, Inc. and Dark Alley Distribution LLC and respectfully requests that all pleadings, notices, orders, correspondence and other papers in this action be served upon the undersigned attorney, who is duly admitted to practice before this Court.

Dated:    New York, NY
             July 14, 2020

                                      MULLEN P.C.

                          By:   _____
                                      Wesley M. Mullen (WM1212)
                                      200 Park Avenue, Suite 1700
                                      New York, NY 10166
                                      (646) 632-3718
                                      wmullen@mullenpc.com

                                        *Counsel for Defendants*