UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMBV MEDIA, S.A., a French public limited company,<br><br>                           Plaintiff,<br><br>               -against-<br><br>VIDEOAPP, INC., a Nevis corporation d/b/a PPVNETWORKS, and DARK ALLEY DISTRIBUTION, a Florida limited liability company,<br><br>                           Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:   7/28/2020<br><br>1:20-cv-4228-MKV<br><br><u>ORDER</u> |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendants' request for an extension of time to respond to the Complaint [ECF # 18] and Plaintiff's opposition to the same [ECF # 20].  It is therefore ORDERED that the parties are to attend a hearing on August 4, 2020 at 12:00PM.  The conference will be held telephonically and may be accessed by dialing (888) 278-0296 at the scheduled time.  When prompted, enter access code 5195844#.  The Court will join once all parties are on the line.

**SO ORDERED.**

**Date:  July 28, 2020**
**       New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**