Case 1:20-cv-04228-MKV   Document 37   Filed 08/24/20   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMBV MEDIA, S.A., a French public limited company,<br><br>Plaintiff,<br><br>-against-<br><br>VIDEOAPP, INC., a Nevis corporation d/b/a PPVNETWORKS, and DARK ALLEY DISTRIBUTION, a Florida limited liability company,<br><br>Defendants. | 1:20-cv-4228-MKV<br><br>ORDER ADJOURNING INTIAL PRETRIAL CONFERENCE |

MARY KAY VYSKOCIL, United States District Judge:

On August 18, 2020, the Parties filed a joint status letter with a proposed Case Management Plan. It is hereby ORDERED that the Initial Pretrial Conference scheduled for August 25, 2020, at 12:00PM is adjourned by reason of the impending settlement conference before Magistrate Judge Fox.

**SO ORDERED.**

Date: **August 24, 2020**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**