WESLEY M. MULLEN

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

October 13, 2020

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>VIA ECF</u>

      Re:    <u>EMBV Media, S.A. v. VideoApp, Inc. et al.,</u> 20 CV 4228

Your Honor,

I represent the Defendants. I write pursuant to the Court's Order dated October 8, 2020, (*see* ECF Doc. 41), and with the consent of all parties, to furnish the joint status letter required by the Civil Case Management Plan and Scheduling Order, (ECF Doc. 36).

    **a.**    **Existing Deadlines**

Defendants' motion to dismiss will be filed October 28, 2020; opposition is due November 25, 2020; any reply is due December 9, 2020. (ECF Doc. 40.)

Initial requests for production and interrogatories are to be served by October 14, 2020. (ECF Doc. 36 ¶ 7(a), (b).)

Depositions are to be completed by December 14, 2020. (*Id.* ¶ 7(c).)

The fact discovery cutoff is December 29, 2020. (ECF Doc. 36 ¶ 5.)

Expert discovery shall be completed by January 28, 2020. (*Id.* ¶ 8(a).)

    **b.**    **Outstanding Motions**

Defendants will move to dismiss the Complaint pursuant to Rule 12 on the briefing schedule set by the Court. (ECF Doc. 40.)

    **c.**    **Discovery**

The parties are to conduct discovery pursuant to the Civil Case Management Plan and Scheduling Order. (ECF Doc. 36.)

    **d.**    **Settlement Discussions**

The parties attended a settlement conference before Judge Fox on September 30, 2020. No settlement was reached. Settlement discussions are ongoing.

WMULLEN@MULLENPC.COM | (646) 632-3718

    **e.**       **Trial**

The parties anticipate a 3-day trial. The case is to be tried to a jury.

    **f.**       **Summary Judgment or Motion to Exclude**

At this early stage of the case — prior to discovery and prior to determination of the Defendants' pre-answer motion — the parties reserve rights to move for summary judgment and/or to exclude expert testimony.

    **g.**       **Other**

Defendants respectfully submit that discovery should be stayed pending determination of the motion to dismiss. Fed. R. Civ. P. 16(a), 26(c); *e.g. Trustees of the NYC Dist. Council of Carpenters Pension Fund v. Showtime on the Piers LLC*, No. 19-cv-7755 (VEC), 2019 U.S. Dist. LEXIS 223677, at *3-4 (S.D.N.Y. Dec. 19, 2019) ("Where … defendants … present[] substantial arguments for dismissal … of the claims asserted in the lawsuit, a stay of discovery is appropriate.") (citing Fed. R. Civ. P. 26(c)(1)).

Plaintiff believes Defendants' arguments in support of a motion dismiss are meritless and designed to delay litigation. Accordingly, Plaintiff requests that the Court's prior discovery plan remain in place.

Respectfully,

Wesley M. Mullen

cc:     All counsel of record (via CM/ECF and email)