```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMBV MEDIA, S.A., a French Public Limited Company,<br><br>Plaintiff,<br><br>-against-<br><br>VIDEOAPP, INC., a Nevis Corporation d/b/a PPVNetworks, and DARK ALLEY DISTRIBUTION, a Florida Limited Liability Company,<br><br>Defendants. | 1:20-cv-04228-MKV<br><br>ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

The Court held a telephonic Status Conference on October 20, 2020, at 12:00 PM. Counsel for all parties were in attendance. At the Conference, the parties reported to the Court that this case has been settled. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 20, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  October 20, 2020
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**